# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MICHAEL S. | : | |
| v. | : | NO. 23-CV-4274  SWR |
| MARTIN O'MALLEY,<br>Commissioner of Social Security | : | |

# O R D E R

SCOTT W. REID, J.

AND NOW, this 31st day of July, 2024, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE